**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
 DAMARIS ESQUILIN BERRIOS,

                                  Plaintiff,                     25 **CIVIL** 05314 (VF)

        -v-                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                                  Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 27, 2026, the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and decision. The parties consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:** New York, New York

    March 30, 2026

                                            **TAMMI M. HELLWIG**

                                        _____
                                              **Clerk of Court**

**BY:**

                                          _____
                                              **Deputy Clerk**